IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| KRISTINA ANN HEDGES, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CASE NO. CIV-17-933-SLP |
| ARTHUR LEE WILLIS JR ENTERPRISES, LLC, a Texas Limited Liability Company, d/b/a PRIORITY CARE TRANSIT, | ) | |
| Defendant. | ) | |

## DEFENDANT'S LIST OF EXPERTS

COMES NOW the defendant, Arthur Lee Willis Jr Enterprises, LLC, d/b/a Priority Care Transit and submits the following list of experts:

| NO. | NAME & ADDRESS | ANTICIPATED TESTIMONY |
|---|---|---|
| 1 | Joseph M. Rubino<br>6919 Sea Place Avenue<br>St. Augustine, FL 32086 | Mr. Rubino is a retained expert with expertise in the transportation business. He will testify concerning the transport of the plaintiff and the cause of her accident as set forth in his report. |
| 2 | Defendant reserves the right to list a medical expert if plaintiff claims recovery for a future back surgery. | |

/s/ Michael S. McMillin
J. Mark McAlester, OBA #18104
Michael S. McMillin, OBA #12404
FENTON, FENTON, SMITH, RENEAU & MOON
211 N. Robinson, Suite 800N
Oklahoma City, OK 73102
Phone: 405.235.4671/Fax: 405.235.5247
E-mail: jmmcalester@fentonlaw.com

Email: msmcmillin@fentonlaw.com
**ATTORNEYS FOR DEFENDANT,
ARTHUR LEE WILLIS JR ENTERPRISES,
LLC d/b/a PRIORITY CARE TRANSIT**

## CERTIFICATE OF SERVICE

This will certify that on the 18th day of September, 2018, I electronically transmitted the attached document to the Clerk of the Court using ECF System for filing. Based on the electronic records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following recipients:

Woodrow K. Glass          Email: woody@wardglasslaw.com

Barrett T. Bowers         Email: barrett@wardglasslaw.com

Stanley M. Ward           Email: rstermer@wardglass.com

Jonathan M. Irwin         Email: jonathan@wardglasslaw.com

Brent L. Neighbors        Email: brent@wardglasslaw.com


/s/ Michael S. McMillin
Michael S. McMillin